UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR106(DJS) |
| | : | |
| v. | : | |
| | : | |
| JUAN CRUZ-ACEVEDO | : | JUNE 12, 2007 |

**UNITED STATES' MOTION TO DISMISS INDICTMENT**

    The United States Attorney, through the Assistant United States Attorney, respectfully requests that the Indictment in the above-entitled matter be dismissed to the extent that it pertains to the defendant Juan Cruz-Acevedo.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

SO ORDERED:

_____
DOMINIC J. SQUATRITO
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Hartford,

Connecticut, this _____ day of June, 2007.